# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNNY P. LEE, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-13-772-F |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation on November 10, 2014, recommending that the final decision of the acting commissioner denying plaintiff's application for supplemental security income benefits be affirmed.

Presently before the court is the objection of plaintiff to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the matter. Having done so, the court concurs with the analysis of Magistrate Judge Purcell. The court finds plaintiff's objection to be without merit. The court therefore accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of United States Magistrate Judge Gary M. Purcell (doc. no. 16) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.

The final decision of defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration, denying plaintiff's application for supplemental security income benefits is **AFFIRMED**. Judgment shall issue forthwith.

DATED December 24, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0772p002.wpd